**THE HONORABLE MARY JO HESTON**
**CHAPTER 13**
**HEARING DATE: October 1, 2019**
**HEARING TIME: 1:00 P.M.**
**LOCATION: Vancouver, Washington**
**RESPONSE DATE: September 24, 2019**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | Case No.: 19-42341-MJH |
| BILLY VERNON SHOPE and NINA JANE SHOPE, | OBJECTION TO CONFIRMATION WITH STRICT COMPLIANCE |
| Debtors. | |

**COMES NOW**, Michael G. Malaier, Chapter 13 Standing Trustee, and objects to confirmation as follows:

## BACKGROUND

Debtors filed this Chapter 13 case on July 18, 2019. The applicable commitment period is thirty-six months. The case is currently in the second month and the Meeting of Creditors has been completed. The bar date for filing non-governmental claims is September 26, 2019. Scheduled unsecured claims total $176,477.85. The Trustee estimates that under the proposed plan general unsecured creditors will receive approximately $0.00.

OBJECTION TO CONFIRMATION

- 1

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

## **OBJECTION**

☒ Plan is not feasible:

The plan is not adequately funded to pay all secured, priority, and unsecured claims, along with administrative expenses, provided for in the plan. *See* Declaration of Ruth Wilson.

**WHEREFORE**, Trustee requests that the objection to confirmation be sustained and debtors be ordered to file a motion to confirm a plan resolving the issues raised herein within 14 days of entry of the Order Sustaining Trustee's Objection to Confirmation; and to set the hearing on the next available motion calendar after the 14 days expires. If the Motion to Confirm resolving the Trustee's issues is not filed and set for hearing as outlined above, the Trustee requests he be allowed to enter an order dismissing the case, *ex parte*, without notice.

**DATED** this 13th day of September, 2019.

/s/ Mathew S. LaCroix
Mathew S. LaCroix, WSBA# 41847 for
Michael G. Malaier, Chapter 13 Trustee

OBJECTION TO CONFIRMATION

- 2 -

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600

## **CERTIFICATE OF MAILING**

I certify under penalty of perjury under the laws of the United States that on September 13, 2019, I caused to be mailed via regular mail a true and correct copy of the Trustee's Objection to Confirmation and Declaration to the following:

Billy Vernon Shope
Nina Jane Shope
6809 Ortelius Drive
Ilwaco WA 98624

The following parties received Trustee's Objection to Confirmation and Declaration via ECF:

Lesley D. Bohleber
Ellen Ann Brown
United States Trustee

Executed at Tacoma, Washington this 13th day of September, 2019.

/s/ Ruth Wilson
Motion Coordinator for
Michael G. Malaier, Chapter 13 Trustee

OBJECTION TO CONFIRMATION

- 3 -

Michael G. Malaier
Chapter 13 Standing Trustee
2122 Commerce Street
Tacoma, WA 98402
(253) 572-6600